```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                  CHAPTER 13

KAREN ILENE LARKIN                      CASE NO. 04-20031 NLJ

        Debtor(s).


COMPLETED
_____
              NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

DATE         CHECK NO.     PAYEE            ADDRESS                AMOUNT
----------------------------------------------------------------------------
10/01/2009   911717    DILLARD NATL BANK  PO BOX 52051          $        3.55
                                          PHOENIX, AZ 85072


DATED: 01/19/2010


                              /s/ John Hardeman
                              _____
                              CHAPTER 13 TRUSTEE
                              P.O. BOX 1948
                              OKLAHOMA CITY, OK 73101
                              (405)236-4843

                                                    #334/LB
```